UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 21-11026 |
| WILLIAM PALMER DEBOARD and ) | |
| TINA JEAN DEBOARD, ) | Chapter 7 |
| ) | |
| DEBTORS ) | |

## M<small>OTION FOR</small> T<small>URNOVER OF</small> $4,343.47

  Martin E. Seifert, Trustee, by counsel, moves the Court for an order directing the Debtors to turn over to the Trustee the amount of $4,343.47 for administration through the above-captioned bankruptcy estate.  As his Motion, Trustee states as follows:

  1. On August 17, 2021, Debtors filed a Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

  2. Martin E. Seifert is the duly appointed Chapter 7 Trustee in this case.

  3. At their First Meeting of Creditors and in subsequent correspondence, the Trustee advised the Debtors to forward to the Trustee their 2021 federal and state income tax returns and refunds upon receipt.  The Trustee also cautioned the Debtors not to spend any income tax refunds.

  4. The Debtors testified at their Section 341 meeting that their daughter and three grandchildren lived with them for over one year and in all of 2021 up to the date of filing.  They testified that the Department of Child Services appointed them the guardians of the three grandchildren and that the Department of Child Services was reviewing their right to claim the grandchildren as dependents on their tax returns.  Trustee demanded turnover of the tax returns and tax refunds and cautioned Debtors that they would need to claim the three dependents or provide an explanation why they were unable to do so.

  5. The Debtors turned over their 2021 federal and state income tax returns, but failed to claim any dependents or provide any explanation why the dependents were not claimed.

6. The Trustee has calculated that the prorated portion belonging to the bankruptcy estate based on the Debtors claiming all three grandchildren as dependents would be $4,343.47. To the extent the Debtors had the legal right to claim the dependents, this a tax attribute that they must claim. Therefore, this amount is an asset of their bankruptcy estate and should be administered for the benefit of the creditors.

**WHEREFORE**, Trustee, Martin E. Seifert, by counsel, respectfully requests that the Court issue an order directing the Debtors to turn over to the Trustee the amount of $4,343.47 for administration through the bankruptcy estate and for all other just and proper relief in the premises.

**Dated:** June 7, 2022

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL:** mseifert@hallercolvin.com

BY: /s/ *Martin E. Seifert*

**MARTIN E. SEIFERT**
**I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Motion for Turnover of $4,343.47 has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 7th day of June, 2022, to:

John Thomas Sees, Esq.
sees@seeslaw.com

William & Tina DeBoard
2403 West 10th Street
Marion, IN 46953

Nancy J. Gargula, Region 10
United States Trustee
USTPRegion10.SO.ECF@usdoj.gov


/s/ *Martin E. Seifert*
**MARTIN E. SEIFERT**