**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 21-11026 |
| WILLIAM PALMER DEBOARD and ) | |
| TINA JEAN DEBOARD, ) | Chapter 7 |
| ) | |
| DEBTORS ) | |

**ORDER GRANTING MOTION FOR TURN OVER OF $4,343.47**

**AT FORT WAYNE, INDIANA, ON July 6, 2022.**

Martin E. Seifert, Trustee, having filed his Motion for Turn Over of $4,343.47, good cause having been shown, appropriate notice having been given, and no objection having been filed,

**IT IS HEREBY ORDERED** that the Debtors are ordered to turn over the amount of $4,343.47 to Martin E. Seifert, Trustee.

**SO ORDERED.**

*/s/ Robert E. Grant*
**JUDGE, U.S. BANKRUPTCY COURT**